585 F.2d 150
 FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES, a
Department of the State of Florida, Plaintiff-Appellant,
v.
Joseph A. CALIFANO, Jr., Individually and as Secretary,
Department of Health, Education and Welfare (HEW),
an Agency of the United States
Government, et al.,
Defendants-Appellees.
 No. 78-2016.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 27, 1978.
 
 Appeal from the United States District Court for the Northern District of Florida; William H. Stafford, Judge.
 
 
 1
 R. Stephen Nall, Fla. Dept. of H & R Services, Tallahassee, Fla., Charles A. Miller, Washington, D. C., for plaintiff-appellant.
 
 
 2
 Sarah C. Carey, Washington, D. C., amicus curiae, for Legis '50: The Center for Legislative Improvement.
 
 
 3
 William D. Townsend, Asst. Atty. Gen., Dept. of Legal Affairs, Tallahassee, Fla., amicus curiae, for the States of Fla., La., Pa., MT/NE.
 
 
 4
 Robert L. Shevin, Atty. Gen., Tallahassee, Fla., John P. Lagomarcino, Washington, D. C., amicus curiae, for National Governor's Assoc.
 
 
 5
 Clinton Ashmore, Asst. U. S. Atty., Tallahassee, Fla., Carl H. Harper, Reg. Atty., Dept. of Health, Educ. & Welfare, Atlanta, Ga., Eve H. Goldstein, Asst. Reg. Atty., Alvin N. Jaffe, Asst. Reg. Atty., Edward A. McDermott, Anthony S. Harrington, Allen R. Snyder, Washington, D. C., Neil Koslowe, Dept. of Justice, Washington, D. C., for defendants-appellees.
 
 
 6
 Before THORNBERRY, GODBOLD and HILL, Circuit Judges.
 
 PER CURIAM:
 
 7
 We affirm on the basis of the district court's opinion, 449 F.Supp. 274 (N.D.Fla.1978).
 
 
 8
 AFFIRMED.